

**U.S. Citizenship and Immigration Services**

U.S. Department of Homeland Security

**JH**

CHICAGO DISTRICT OFFICE
10 W JACKSON BLVD
CHICAGO, IL 60604
THIRD REQUEST
STATUS INQUIRY

**08 C 99**

SAID ALJUNEIDI
5633 EDGE LAKE DR
OAK LAWN, IL 60453

Dear SAID ALJUNEIDI,

**JUDGE NORDBERG**
**MAGISTRATE JUDGE DENLOW**

On 06/06/2005 you, or your designated representative, contacted the Citizenship and Immigration Services National Customer Service Center to request the status of your application.

The information provided to the Customer Service Representative is as follows:

Acknowledgment Letter Date:

Application Type: I-485

Filing Date: 01/07/2004

Date of Birth: 08/05/1966

File Number: 097998715

Receipt Number: MSC0405913701

Alien Registration Number: 097998715

Social Security:

Country of Origin: ISRAEL

Phone: (708) 471-3074

Thank you for contacting CIS National Customer Service Center.

The status of your claim is:

*Pending further review by the adjudicating officer*

**EXHIBIT B-1**

RICHARD J. DURBIN
ILLINOIS

COMMITTEE ON APPROPRIATIONS

COMMITTEE ON THE JUDICIARY

COMMITTEE ON RULES
AND ADMINISTRATION

ASSISTANT DEMOCRATIC
LEADER

# United States Senate
Washington, DC 20510-1304

332 DIRKSEN SENATE OFFICE BUILDING
WASHINGTON, DC 20510-1304
(202) 224-2152
TTY (202) 224-8180

230 SOUTH DEARBORN, 38TH FLOOR
CHICAGO, IL 60604
(312) 353-4952

525 SOUTH EIGHTH STREET
SPRINGFIELD, IL 62703
(217) 492-4062

701 NORTH COURT STREET
MARION, IL 62959
(618) 998-8812

durbin.senate.gov

August 3, 2005

Mr. Said Al Juneidi
5633 Edge Lake Dr
Oak Lawn, IL 60453

Dear Mr. Al Juneidi:

Thank you for your recent inquiry to my office. I have been informed of the nature of your concern and will do my best to assist you.

Camille Smith, a Senate Aide in my Chicago office, assists me in matters such as these and will contact the *USCIS* to make an inquiry. I trust that this matter will receive prompt and complete consideration.

You will be contacted as soon as a response has been received. We ask that you allow at least thirty (30) to sixty (60) days for a response. However, if you have additional information or concerns relative to this matter, please feel free to contact my office at 312/353-4952.

Very truly yours,

Richard J. Durbin
United States Senator

230 South Dearborn St.
Suite 3892
Chicago, Illinois 60604
312/353-4952

RJD/cs

EXHIBIT B-2

RICHARD J. DURBIN
ILLINOIS

COMMITTEE ON APPROPRIATIONS

COMMITTEE ON THE JUDICIARY

COMMITTEE ON RULES
AND ADMINISTRATION

ASSISTANT DEMOCRATIC
LEADER

# United States Senate
Washington, DC 20510-1504

332 DIRKSEN SENATE OFFICE BUILDING
WASHINGTON, DC 20510-1304
(202) 224-2152
TTY (202) 224-8180

230 SOUTH DEARBORN, 38TH FLOOR
CHICAGO, IL 60604
(312) 353-4952

525 SOUTH EIGHTH STREET
SPRINGFIELD, IL 62703
(217) 492-4062

701 NORTH COURT STREET
MARION, IL 62959
(618) 998-8812

durbin.senate.gov

August 4, 2005

Mr. Said Al Juneidi
5633 Edge Lake Dr
Oak Lawn, IL  60453

Dear Mr. Al Juneidi:

I have received the enclosed response from *USCIS* regarding the inquiry my office directed on your behalf.

I trust that my office has been of service to you.

Please feel free to contact my office again if we can assist you in other matters of federal concern.

Very truly yours,

Richard J. Durbin
United States Senator

230 South Dearborn St.
Suite 3892
Chicago, Illinois  60604
312/353-4952

RJD/cs

EXHIBIT B-3

**Smith, Camille (Durbin)**

---

From: ██████████
Sent: Thursday, August 04, 2005 8:16 AM
To: Smith, Camille (Durbin)
Subject: A97 998 715, Said Aljuneidi

U. S. Department of Homeland Security
10 W. Jackson Blvd.
Chicago, Illinois 60604

August 4, 2005

The Honorable Richard Durbin
United States Senator

Attention: Camille Smith

Re: A97 998 715 - Aljuneidi, Said

Dear Senator Durbin,

United States Citizenship and Immigration Services (USCIS) records indicate that your constituent's case is under further review by the adjudicating officer along with assistance of other agencies pertaining to the bonafides of the documented evidence they submitted in support of their application and/or petition. Cases are referred for additional review for a variety of reasons, which in the interests of upholding the United States immigration laws both in terms of enforcement and rights to privacy, may not be disclosed. It is difficult to predict with accuracy when this review will be completed. Please be assured that every effort is being made to render a final decision in a timely manner.

Sincerely,

Michael M. Comfort
District Director

MMC:wac