JEFFREY A. KRIEZELMAN & ASSOCIATES, LTD.
ATTORNEYS AND COUNSELORS AT LAW
20 NORTH CLARK STREET
SUITE 725
CHICAGO, ILLINOIS 60602

(312) 332-2550
FAX # (312) 782-0158

JH

08 C 99

JEFFREY A. KRIEZELMAN
JUSTIN R. BURTON

June 14, 2006

**JUDGE NORDBERG**
**MAGISTRATE JUDGE DENLOW**

Department of Homeland Security/USCIS
Examinations Section
230 South Dearborn Street
Chicago, Illinois 60604


RECEIVED JUN 15 2006

Attn: Officer Podgorni

Re: ALJUNEIDI, Said  A97 998 715

Dear Officer Podgorni:

Our offices had been retained sometime ago in the matter of Mr. Aljuneidi's adjustment of status application presently pending before the USICS.

Mr. Aljuneidi was previously represented by Attorney Vivian Khalaff who appeared at his adjustment of status interview before yourself. At that time, you had requested certain documentation which was immediately forwarded to your attention. The subject request was for the W-2 form for the co-sponsor for the year 2003. This form was submitted in a timely manner and yet Mr. Aljuneidi has failed to receive any response.

We again enclose our appearance form noting our offices as attorneys of record. Although we are aware that previous correspondence has sometimes been placed by the USCIS, we nevertheless enclose a copy of our previous correspondence demonstrating Mr. Aljuneidi's diligence in following up on the subject application to adjust his status.

We thank you for your attention herein. Should you have any questions or concerns, please do not hesitate to contact our offices as we are now attorneys of record.

Very truly yours,


JUSTIN R. BURTON

JRB:ck
Encl./Hand Delivered

EXHIBIT
C-1

U.S. Department of Homeland Security
USCIS
10 West Jackson Boulevard
Chicago, IL 60604



U.S. Citizenship
and Immigration
Services

Monday, July 17, 2006

NEAMC S JIBREEN
5633 EDGE LAKE DRIVE
APT #2W
OAK LAWN IL 60453

Dear Neamc S Jibreen:

On 07/14/2006 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | The petitioner |
| **Attorney Name:** | Information not available |
| **Case type:** | I485 |
| **Filing date:** | Information not available |
| **Receipt #:** | msc-04-059-13701 |
| **Beneficiary (if you filed for someone else):** | Aljuneidi, Said, M |
| **Your USCIS Account Number (A-number):** | Information not available |
| **Type of service requested:** | Case Status - Outside Processing Time |

The status of this service request is:

Based on your request we researched the status of this case. We are actively processing this case. However, we have to perform additional review on this case and this has caused a longer processing time. If you do not receive a decision or other notice of action from us within 6 months of this letter, please call customer service at the number provided below.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services

U.S. CIS - 07-17-2006 02:27 PM EDT - msc-04-059-13701

EXHIBIT
C-2

U.S. Department of Homeland Security
USCIS
101 West Congress Parkway
Chicago, IL 60605



U.S. Citizenship
and Immigration
Services

Wednesday, September 27, 2006

SAID ALJUNEIDI
5633 EDGE LAKE DR
APT 2W
OAKLAND IL 60453

Dear SAID ALJUNEIDI:

On 01/20/2006 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | The applicant |
| **Attorney Name:** | Information not available |
| **Case type:** | I485 |
| **Filing date:** | 01/07/2004 |
| **Receipt #:** | MSC-04-059-13701 |
| **Beneficiary (if you filed for someone else):** | ALJUNEIDI, SAID |
| **Your USCIS Account Number (A-number):** | A097998715 |
| **Type of service requested:** | Case Status - Outside Processing Time |

The status of this service request is:

Based on your request we researched the status of this case. We are actively processing this case. However, we have to perform additional review on this case and this has caused a longer processing time. If you do not receive a decision or other notice of action from us within 6 months of this letter, please call customer service at the number provided below.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services

U.S. CIS - 09-27-2006 10:41 AM EDT - MSC-04-059-13701

EXHIBIT
C-3



U.S. Department of Homeland Security
USCIS
101 West Congress Parkway
Chicago, IL 60605

**U.S. Citizenship and Immigration Services**

Friday, December 8, 2006

SAID ALAUNEIDI
5633 EDGE LAKE DR APT 2W
OAKLAWN IL 60453

Dear SAID ALAUNEIDI:

On 12/01/2006 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | The applicant |
| **Attorney Name:** | Information not available |
| **Case type:** | I485 |
| **Filing date:** | Information not available |
| **Receipt #:** | MSC-04-059-13701 |
| **Beneficiary (if you filed for someone else):** | ALAUNEIDI, SAID |
| **Your USCIS Account Number (A-number):** | Information not available |
| **Type of service requested:** | Case Status - Outside Processing Time |

The status of this service request is:

Based on your request we researched the status of this case. We are actively processing this case. However, we have to perform additional review on this case and this has caused a longer processing time. If you do not receive a decision or other notice of action from us within 6 months of this letter, please call customer service at the number provided below.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services

U.S. CIS - 12-08-2006 09:55 AM EST - MSC-04-059-13701



EXHIBIT
C-4