**Jacqueline**

| | |
|---|---|
| From: | Jacqueline |
| Sent: | Wednesday, March 07, 2007 11:01 AM |
| To: | '@dhs.gov' |
| Subject: | ALJUNEIDI, Said A# 97 988 715 |

**08 C 99**

To Whom it May Concern,

Please note that our office represents the above-mentioned individual in his immigration case. I am the legal assistant for the attorney on record, Mr. Donald B. Kempster. Attached, please find a G-28 for your convenience.



ALJUNEIDI, Said
G-28.pdf

**JUDGE NORDBERG**
**MAGISTRATE JUDGE DENLOW**

On December 9, 2004, Officer Podgorni interviewed Mr. Aljuneidi at the Chicago District Office in conjunction with his pending I-485 application. Officer Podgorni issued Mr. Aljuneidi an RFE which was returned in a timely manner. However, to date we have yet to receive any further information on the case.

Please adjudicate the I-485 or update our office at your nearest convenience. Should you have any questions with regard to this matter, please do not hesitate to contact our office.

Sincerely,


Jackie
Legal Assistant

Kempster, Keller & Lenz-Calvo, Ltd.
332 S. Michigan Avenue
Suite 1428
Chicago, IL 60604
312-341-9730
F: 312-341-0399

1



EXHIBIT
D-1

**Jacqueline** ▇▇▇▇

**From:** Jacqueline ▇▇▇▇
**Sent:** Friday, May 11, 2007 11:00 AM
**To:** 'CAO PILOT'
**Subject:** RE: ALJUNEIDI, Said A# 97 998 715

Dear Ms. Leguia,

Thank you for your prompt reply. The petitioner's name is Neamat JIBREEN, A#36 714 578, and she is the client's U.S. citizen spouse. Please do not hesitate to contact me should you have any additional questions.

Sincerely,


Jackie ▇▇▇▇
Legal Assistant

Kempster, Keller & Lenz-Calvo, Ltd.
332 S. Michigan Avenue
Suite 1428
Chicago, IL 60604
312-341-9730 ▇▇▇▇
F: 312-341-0399

> -----Original Message-----
> **From:** CAO PILOT [mailto:▇▇▇▇@dhs.gov]
> **Sent:** Wednesday, May 09, 2007 10:05 AM
> **To:** Jacqueline ▇▇▇▇
> **Subject:** RE: ALJUNEIDI, Said A# 97 998 715
>
> Dear Ms. ▇▇▇▇:
>
> We have your inquiry but would like more information about the client. Please be informed that your client's A# is 097-998-715 not 097-988-715. Can you tell me who is the petitioner (Form I-130) and what is the relationship to the client?
>
> Thank you,
>
>
> Jacqueline Leguia
> Customer Service Assistance
> U.S. Citizenship and Immigration Services

> **From:** Jacqueline ▇▇▇▇ [mailto:▇▇▇▇@klc-ltd.com]
> **Sent:** Wednesday, March 07, 2007 12:01 PM



EXHIBIT D-2

5/11/2007

**To:** Pilot, Cao
**Subject:** ALJUNEIDI, Said A# 97 988 715

To Whom it May Concern,

Please note that our office represents the above-mentioned individual in his immigration case. I am the legal assistant for the attorney on record, Mr. Donald B. Kempster. Attached, please find a G-28 for your convenience.

<<ALJUNEIDI, Said G-28.pdf>>

On December 9, 2004, Officer Podgorni interviewed Mr. Aljuneidi at the Chicago District Office in conjunction with his pending I-485 application. Officer Podgorni issued Mr. Aljuneidi an RFE which was returned in a timely manner. However, to date we have yet to receive any further information on the case.

Please adjudicate the I-485 or update our office at your nearest convenience. Should you have any questions with regard to this matter, please do not hesitate to contact our office.

Sincerely,


Jackie ███████
Legal Assistant

Kempster, Keller & Lenz-Calvo, Ltd.
332 S. Michigan Avenue
Suite 1428
Chicago, IL 60604
312-341-9730 ███████
F: 312-341-0399

5/11/2007

**Jacqueline**

| | |
|---|---|
| From: | CAO PILOT [███████@dhs.gov] |
| Sent: | Thursday, June 07, 2007 10:11 AM |
| To: | Jacqueline ███████ |
| Subject: | ALJUNEIDI, Said A# 97 998 715 |

Dear Ms. ███████:

Thank you for your email to the Citizenship and Immigration Services (USCIS). The following response is provided for your information/action.

Our records indicate that your client's case is under further review by an adjudicator. All evidence submitted by her in support of the application and/or petition for the immigration benefit being sought is being examined.

Cases may require additional review for a variety of reasons. It is difficult to predict when this review will be completed. Every effort is being made to render an accurate and final decision in a timely manner. We ask that your constituent allow at least 90 days for a response before inquiring again.

We thank you for your understanding and patience.

Sincerely,


Jacqueline Leguia
Customer Assistance Office
U.S. Citizenship and Immigration Services

---

**From:** Jacqueline ███████ [mailto:███████@klc-ltd.com]
**Sent:** Friday, May 11, 2007 12:00 PM
**To:** CAO PILOT
**Subject:** RE: ALJUNEIDI, Said A# 97 998 715

Dear Ms. Leguia,

Thank you for your prompt reply. The petitioner's name is Neamat JIBREEN, A#36 714 578, and she is the client's U.S. citizen spouse. Please do not hesitate to contact me should you have any additional questions.

Sincerely,


Jackie ███████
Legal Assistant

Kempster, Keller & Lenz-Calvo, Ltd.

EXHIBIT D-3

RICHARD J. DURBIN
ILLINOIS

COMMITTEE ON APPROPRIATIONS

COMMITTEE ON THE JUDICIARY

COMMITTEE ON RULES
AND ADMINISTRATION

ASSISTANT DEMOCRATIC
LEADER

# United States Senate
Washington, DC 20510-1304

332 DIRKSEN SENATE OFFICE BUILDING
WASHINGTON, DC 20510
(202) 224-2152
TTY (202) 224-8180

230 SOUTH DEARBORN
CHICAGO, IL 60604
(312) 353-4952

525 SOUTH EIGHTH STREET
SPRINGFIELD, IL 62703
(217) 492-4062

701 NORTH COURT STREET
MARION, IL 62959
(618) 998-8812

durbin.senate.gov

May 3, 2007

Said Aljuneidi
5633 Edge Lake Dr
Apt# 2w
Oak Lawn, IL 60453

Dear Mr. Aljuneidi:

Thank you for your recent inquiry to my office. I have been informed of the nature of your concern and will do my best to assist you.

Kai Love, a Senate Aide in my Chicago office, assists me in matters such as these and will contact the USCIS to make an inquiry. I trust that this matter will receive prompt and complete consideration.

You will be contacted as soon as a response has been received. We ask that you allow at least thirty (30) to sixty (60) days for a response. However, if you have additional information or concerns relative to this matter, please feel free to contact my office at 312/353-4952.

Very truly yours,

*[signature: Dick Durbin]*

Richard J. Durbin
United States Senator

230 South Dearborn St.
Suite 3892
Chicago, Illinois 60604
312/353-4952

RJD/kl

EXHIBIT
D-4

RICHARD J. DURBIN
ILLINOIS

COMMITTEE ON APPROPRIATIONS

COMMITTEE ON THE JUDICIARY

COMMITTEE ON RULES
AND ADMINISTRATION

ASSISTANT DEMOCRATIC
LEADER

# United States Senate
## Washington, DC 20510-1504

332 DIRKSEN SENATE OFFICE
WASHINGTON, DC 20510
(202) 224-2152
TTY (202) 224-8180

230 SOUTH DEARBORN, 38TH FL
CHICAGO, IL 60604
(312) 353-4952

525 SOUTH EIGHTH STREET
SPRINGFIELD, IL 62703
(217) 492-4062

701 NORTH COURT STREET
MARION, IL 62959
(618) 998-8812

durbin.senate.gov

May 23, 2007

Said Aljuneidi
5633 Edge Lake Dr
Apt# 2w
Oak Lawn, IL 60453

Dear Mr. Aljuneidi:

I have received the enclosed response from the US Citizenship and Immigration Services, regarding my office's inquiry on your behalf.

I trust that we have been of service to you.

Please feel free to contact my office again if we can assist you in other matters of federal concern.

Very truly yours,

Richard J. Durbin
United States Senator

230 South Dearborn St.
Suite 3892
Chicago, Illinois 60604
312/353-4952

RJD/lb

EXHIBIT
D-5

**Love, Kai (Durbin)**

From: Hardy, Gwendolyn
Sent: Wednesday, May 16, 2007 3:43 PM
To: Love, Kai (Durbin)
Subject: A97-998-715

The Honorable Richard J. Durbin
U.S. Senator
Attn: Kai L. Love

May 16, 2007

A97-998-715 Said Alijuneidi

Dear Senator Durbin:

Service records indicate that your constituent's file has been forward to the Exams Unit to resolve the request for the processing of the Form I-485 Application for Adjustment of Status. The Exams Unit will notify your constituent with any pending action. Thank you for your patience.

Sincerely,

Robert L. Blackwood
Field Office Director

5/16/2007



U.S. Department of Homeland Security
USCIS
101 West Congress Parkway
Chicago, IL 60605

U.S. Citizenship
and Immigration
Services

Wednesday, May 16, 2007

SAID ALJUNEIDI
5633 EDGE LAKE DR
APT 2W
OAKLAND IL 60453

Dear SAID ALJUNEIDI:

On 05/15/2007 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | The applicant |
| **Attorney Name:** | Information not available |
| **Case type:** | I485 |
| **Filing date:** | 01/07/2004 |
| **Receipt #:** | MSC-04-059-13701 |
| **Beneficiary (if you filed for someone else):** | ALJUNEIDI, SAID |
| **Your USCIS Account Number (A-number):** | A097998715 |
| **Type of service requested:** | Non-delivery |

The status of this service request is:

Records show that you have a inquiry pending with this office already, please let them answer you before submitting another one. MSC-04-059-13701

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR 11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services

U.S. CIS - 05-16-2007 03:25 PM EDT - MSC-04-059-13701



EXHIBIT
D-6

U.S. Department of Homeland Security
National Benefits Center
P.O. Box 648003
Lee's Summit, MO 64064



**US Citizenship and Immigration Services**

6/12/2007

SAID ALJUNEIDI
5633 EDGE LAKE DR APT 2W
OAK LAWN, IL 60453

A File Number: A97998715
Receipt Number: MSC0405913701

Dear Sir or Madam:

This is in response to your letter which is attached and which requests the status of your petition or application referenced above.

☐ Our records show that your petition or application was approved and a notice mailed to you on --. If you have not received the Approval Notice or document, you may make an InfoPass appointment with your local District Office to determine how your notice or document can be replaced. You may make an InfoPass appointment by visiting the USCIS website at www.USCIS.gov.

☐ Our records show that your petition or application was denied and a notice mailed to you on --. If you have not received the Denial Letter, you may make an InfoPass appointment with your local District Office to determine how you may receive a copy of the Denial letter. You may make an InfoPass appointment by visiting the USCIS website at www.USCIS.gov.

☒ Our records show that your petition or application is pending at this time and has been transferred to the USCIS office at CHICAGO, IL.

You may check the USCIS website for the processing times of applications by the USCIS field offices at www.USCIS.gov. If you wish to inquire about the status of your application, please direct your inquiry to the office where your application or petition is located. You may make an InfoPass appointment at that office by visiting the USCIS website at www.USCIS.gov.

In addition to the above, you may find it helpful to check the status of your case using the USCIS website at www.USCIS.gov under "Check Case Status." The USCIS website allows you to register for automatic case status updates via email as your case is processed. The USCIS website also provides detailed information about policy and procedures, and you can download and e-file forms from the website. You may also contact the USCIS National Customer Service Center (NCSC) for assistance at 1-800-375-5283. For TDD hearing impaired assistance, please call 1-800-767-1833.

Sincerely,

Robert M. Cowan
Center Director
USCIS, NBC

**Jessica** ▇

To:          cao.pilot.dhs.gov
Subject:    ALJUNEIDI, Said A# 97 998 715

To Whom It May Concern,

Please note that I am the legal assistant for the attorney on record, Mr. Donald B. Kempster (attached a G-28). **Please note this is the second inquiry.**

On December 9, 2004, Officer Podgorni interviewed Mr. Aljuneidi at the Chicago District Office in conjunction with his pending I-485 application. Officer Podgorni issued Mr. Aljuneidi an RFE which was returned. To date we have not received any additional information. It has been over 2 1/2 years since Mr. Aljuneidi attended his Adujustment of Status interview. Please send an update and adjudicate Mr. Aldjuneidi's I-485 at your earliest convenience.

Name: Said ALJUNEIDI
A#: 97 998 715
COB: Palestine
I-485: MSC0405913701


ALJUNEIDI, Said.pdf

Please do not hesitate to contact me with any questionis you may have.

Sincerely,

Jessica ▇

Kempster, Keller & Lenz-Calvo, Ltd.
332 S. Michigan Ave.,
Suite 1428
Chicago, IL 60604

(312) 341-9730▇
FAX: (312) 341-0399

www.klc-ltd.com

1


EXHIBIT D-7

U.S. Department of Homeland Secur
Washington, DC 20529



U.S. Citizenship
and Immigration
Services

HQ CIS 181/48.2-C

Dear Ms. ▇▇▇:

Thank you for your correspondence dated September 17, 2007, to the Citizenship and Immigration Services (USCIS). The following response is provided for your information/action.

We have researched your client, Said Aljuneidi's case to determine the status of his Form I-485, Application to Register Permanent Residence or Adjust Status. Our records reflect that the processing of his case has been delayed because the required investigation into his background is still in process. Until the background investigation is completed, we cannot move forward on his case.

Please understand that these background checks are required to be completed on all applicants who apply for the immigration benefit you are seeking. Attached you will find two enclosures with detailed information regarding why the process exists, how it works, as well as the circumstances when the process can be expedited.

While an exact date for completion of his background check cannot be given at this time, we will make every effort to make a decision on this case as soon as the background checks are complete.



EXHIBIT
D-8

Ms. Velez
Page 2

We appreciate your continued patience. If you need additional assistance and/or filing instructions, we invite you to contact the USCIS National Customer Service Center at 1-800-375-5283 or visit our website at www.uscis.gov.

Sincerely,


Sandra Bacote
Customer Assistance Office
Citizenship and Immigration Services


Enclosures: Fact Sheet: "Immigration Security Checks- How and Why the Process Works" USCIS Update: "USCIS Clarifies Criteria to Expedite FBI Name Check"

**CHI 1838 SB**