

Home   Contact Us   Site Map   FAQ

Search 

Advanced Search

**08 C 99**

Services & Benefits | Immigration Forms | Laws & Regulations | About USCIS | Education & Resource | Press Room

[ Print This Page ]   [ Back ]

## U.S. Citizenship and Immigration Services
## Chicago IL Processing Dates
## Posted December 14, 2007

**JUDGE NORDBERG**
**MAGISTRATE JUDGE DENLOW**

The processing times shown below are a tool for our customers to gauge our current processing times. When applications and petitions are completed within our target timeframes, that goal will be shown in the data display.

The processing times shown below are for applications that have just been completed. If you have just filed your application, these timeframes may not reflect how long your application will take to be completed. We encourage you to check this page periodically before inquiring about your case. The processing times are updated monthly.

USCIS has received a significant increase in the number of applications filed. In July and August, nearly 2.5 million applications and petitions of all types were received. This compares to 1.2 million applications and petitions received in the same time period last year. This fiscal year, we received 1.4 million applications for naturalization; nearly double the volume we received the year before. The agency is working to improve processes and focus increased resources, including hiring approximately 1,500 new employees, to address this workload.

As a result, average processing times for certain application types may be longer. In particular, naturalization applications filed after June 1, 2007 may take approximately 16-18 months to process.

We offer a variety of services after you file.  For example, for most kinds of cases you can check the status of your case online.

For more information about when and how to contact us, whether your case is outside our processing time or if there are other issues, please see our customer guide –

Case Services - How do I... know what kind of services are available to me after I file my application or petition?

District Office Processing Dates for **Chicago IL** Posted December 14, 2007

| Form | Form Name | Processing Timeframe: |
|---|---|---|
| I-131 | Application for Travel Documents | 3 Months |
| I-485 | Application to Register Permanent Residence or Adjust Status | 6 Months |
| I-600 | Petition to Classify Orphan as an Immediate Relative | August 03, 2007 |
| I-600A | Application for Advance Processing of Orphan Petition | August 03, 2007 |
| I-765 | Application for Employment Authorization | 11 Weeks |
| N-400 | Application for Naturalization | 7 Months |
| N-600 | Application for Certification of Citizenship | Augus... |

**EXHIBIT E**

https://egov.uscis.gov/cris/jsps/officeProcesstimes.jsp?selectedOffice=16