**FILED**
**JANUARY 7, 2008**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided by Local Rules 83.12 through 83.14.

**08 C 99**

In the Matter of

SAID ALJUNEIDI
v.
RUTH A. DOROCHOFF, Chicago District Director of USCIS;
MICHAEL CHERTOFF, Secretary of the U.S. DHS; and
ROBERT S. MUELLER, III, Director of FBI

Case Number:

**JUDGE NORDBERG**
**MAGISTRATE JUDGE DENLOW**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

SAID ALJUNEIDI

| | |
|---|---|
| NAME (Type or print) | |
| Robert C. Milla | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Robert C. Milla | |
| FIRM | |
| Kempster, Keller & Lenz-Calvo, Ltd. | |
| STREET ADDRESS | |
| 332 S. Michigan Avenue, Suite 1428 | |
| CITY/STATE/ZIP | |
| Chicago, IL 60604 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6290234 IL / 44266 Cook | (312) 341-9730 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ✓ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |