UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SAID ALJUNEIDI, )<br>)<br>   Plaintiff, )<br>)<br>  v. )<br>)<br>RUTH A. DOROCHOFF, Chicago District )<br>Director of the Citizenship and Immigration )<br>Services; *et al.,* )<br>)<br>   Defendants. ) | No. 08 C 99<br><br>Judge Nordberg |

## **ATTORNEY DESIGNATION**

  Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case. This designation is provided for informational purposes only and does not constitute an appearance, a motion, or a responsive pleading and does not waive any defenses. See LR 83.16(b).

                Respectfully submitted,

                PATRICK J. FITZGERALD
                United States Attorney

                By: s/ Daniel M. Tardiff
                  DANIEL M. TARDIFF
                  Assistant United States Attorney
                  219 South Dearborn Street
                  Chicago, Illinois 60604
                  (312) 886-1390
                  daniel.tardiff@usdoj.gov